UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ARTURO ANAYA,

    Petitioner,

v.                                                     Civ No. 20-328 WJ/GJF

FNU LNU, and ATTORNEY GENERAL
FOR THE STATE OF NEW MEXICO,

    Respondents.

**ORDER REGARDING RECHARACTERIZATION OF LETTER**

    THIS MATTER is before the Court on Petitioner's handwritten letter challenging unspecified state convictions. ECF 1. Such a challenge, however, must be raised in a 28 U.S.C. § 2254 habeas petition. *See Montez v. McKinna*, 208 F.3d 862, 865 (10th Cir. 2000). Furthermore, Petitioner is warned that if he pursues relief now, "any subsequent [§ 2254 petitions] will be subject to the restrictions on 'second or successive'" habeas claims. *Castro v. United States*, 540 U.S. 375, 376 (2003).

    **IT IS THEREFORE ORDERED** that, if Petitioner wishes to seek relief from his state convictions, he must (1) file an amended § 2254 petition on the proper form and (2) either prepay the $5.00 filing fee or file a motion to proceed *in forma pauperis* **no later than May 15, 2020**. *The failure to timely comply with both directives will result in dismissal of this case.*

    **IT IS FURTHER ORDERED** that the Clerk's Office shall **MAIL** Petitioner a form § 2254 petition and an *in forma pauperis* motion.

    **SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE